PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Ted Compere　　　　　　Cr.: 19-00582-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 6189661

Name of Sentencing Judicial Officer:　　THE HONORABLE MADELINE COX ARLEO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/02/2020

Original Offense:　　Possession of a Firearm by a Convicted Felon - Etc., 18 U.S.C. 922(g)(1)

Original Sentence: 24 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Gang Associate/Member, Gang Restriction Court Ordered, Life Skills Counseling, Education/Training Requirements, Location Monitoring Program, Mental Health Treatment, Support Dependents, Alcohol Restrictions, Alcohol Treatment

Type of Supervision: Supervised Release　　　　　　Date Supervision Commenced: 06/09/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number　　　Nature of Noncompliance

1　　　　　　　　**You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition. The Court further orders that the defendant be placed into an inpatient drug treatment program for 30 days after release from custody.**

On November 8, 2021, Mr. Compere was unsuccessfully discharged from the outpatient drug and alcohol treatment program at Integrity House.

On November 15, 2021, Mr. Compere reported to the Probation Office as directed. He was drug tested and was positive for Marijuana.

U.S. Probation Officer Action:

The U.S. Probation Office verbally reprimanded Mr. Compere for using Marijuana and being discharged from the outpatient drug and alcohol treatment program at Integrity House. When questioned, he admitted to using marijuana and not attending his scheduled appointments with his counselor. On October 4, 2021, a Report on Individual Under Supervision was submitted to Your Honor to advise you of his marijuana use. Our office did not recommend any court action be taken and Your Honor concurred with our recommendation. It should be noted that Mr. Compere did complete a short-term inpatient drug and alcohol program at Integrity House. Furthermore, on December 15, 2021, a home visit was conducted at his place of residence. He was drug tested and was negative for illegal drug and alcohol use. He has been referred for substance abuse and mental health treatment at Oaks Integrated Care. This will allow him to address issues surrounding his anger management and substance abuse. We are not recommending any court action to be taken at this time. We will continue to monitor his compliance and notify your Honor of any additional noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Afonso A. Fernandes*

By:   AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf

APPROVED:

Digitally signed by Luis R. Gonzalez
Date: 2021.12.16 10:04:50 -05'00'

LUIS R. GONZALEZ                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

_____
Signature of Judicial Officer

12/28/21
_____
Date